No. 923. HOLLEY *v.* GENERAL AMERICAN LIFE INSURANCE CO. ET AL. May 29, 1939. Motion to substitute Ray B. Lucas, present Superintendent of the Insurance Department of the State of Missouri, as a party respondent in the place and stead of George A. S. Robertson, deceased, granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Chelsea O. Inman* for petitioner. *Messrs. Fred L. Williams, Earl F. Nelson,* and *Allen May* for respondent.

No. 945. CITY AND COUNTY OF DENVER *v.* COLORADO. Decided June 5, 1939. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Pawhuska* v. *Pawhuska Oil & Gas Co.,* 250 U. S. 394; *Trenton* v. *New Jersey,* 262 U. S. 182; *Williams* v. *Mayor,* 289 U. S. 36, 40. *Messrs. Malcolm Lindsey* and *Thomas H. Gibson* for appellant. No appearance for appellee.

No. 975. KANSAS FARMERS' UNION ROYALTY CO. ET AL. *v.* HUSHAW. Decided June 5, 1939. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. (1) *Jackson* v. *Lamphire,* 3 Pet. 280, 289–290; *Vance* v. *Vance,* 108 U. S. 514, 520; (2) *Davis* v. *Mills,* 194 U. S. 451, 456–457; *Montoya* v. *Gonzales,* 232 U. S. 375; (3) *Bell's Gap Railroad Co.* v. *Pennsylvania,* 134 U. S. 232, 237; *Ohio Oil Co.* v. *Conway,* 281 U. S. 146, 159. *Messrs. B. I. Litowich, L. E. Clevenger,* and *S. H. King* for appellants. No appearance for appellee.